UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

Antonio Velez          ,
               Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELECONFERENCE**

20-CR-063   (JMF)

Defendant ___Antonio Velez_____ hereby voluntarily consents to participate in the following proceeding via video or teleconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

**X**\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

\_\_\_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence

/s/ Antonio Velez
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Antonio Velez
_____
Print Defendant's Name

/s/ Marne L. Lenox
_____
Defense Counsel's Signature

Marne L. Lenox
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable video or teleconferencing technology.

2/2/21
_____
Date

_____
U.S. District Judge