**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: **United States v. Antonio Velez**
          **21 Cr. 63 (JMF)**

Honorable Judge Furman:

    I write, as counsel to Antonio Velez in the above-captioned matter, to respectfully request an adjournment of the status conference currently scheduled for June 8, 2021. The Government consents to this request.

    The Government and the defense are in receipt of the Court's May 24, 2021 Order rescheduling Mr. Velez's status conference from June 7, 2021 to June 8, 2021 and directing the parties to submit a letter indicating their views on whether the proceeding should proceed as scheduled or whether an adjournment is appropriate.

    Mr. Velez is currently scheduled for surgery on May 28, 2021, and has been directed to stay off his feet for approximately three to four weeks following the surgery. Accordingly, the defense respectfully requests that the conference in this matter be adjourned to July 7, 2021 at 12pm, when the parties are available to proceed in person. In addition, Mr. Velez respectfully requests a change-of-plea hearing on that date. The Government consents.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox

Application GRANTED. Unless and until the Court orders otherwise, the proceeding will be held in person. If the Government wishes for time to be excluded under the Speedy Trial Act, it shall confer with defense counsel and submit a proposed Order to that effect. The Clerk of Court is directed to terminate Doc. #24.

Assistant Federal Defender
(212) 417-8721

SO ORDERED:

_____
**HONORABLE JESSE M. FURMAN**
United States District Judge
May 27, 2021

cc: Sarah Mortazavi, Assistant U.S. Attorney