

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. Time is excluded in the interests of justice from today, until July 7, 2021, for the reasons stated in the Government's letter. The Clerk of Court is directed to terminate Doc. #26. SO ORDERED.

May 27, 2021

Re: *United States v. Antonio Velez*, 21 Cr. 63

Dear Judge Furman:

      The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act between June 7, 2021 and July 7, 2021, the date of the parties' next pretrial conference.[1] Defense counsel requested an adjournment of the parties' June 7, 2021 status conference in light of the defendant's anticipated surgery and recovery time, and the parties' desire to conduct the proceeding in person, which request was granted by the Court. (ECF Nos. 24 and 25). The Government now writes seeking exclusion of time to permit the defendant additional time to consult with his counsel, in light of the defendant's medical issues, and to facilitate the parties' desire to conduct the upcoming proceeding in person. 18 U.S.C. § 3161(h)(7). The Government has conferred with defense counsel, who consents to the request for exclusion of time.

      Wherefore, the Government requests that the Court so order this letter-motion and exclude time between June 7 and July 7, 2021.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney

Cc: Marne Lenox, Esq. (via ECF)

---

[1] The Court previously excluded time under the Speedy Trial Act up to June 7, 2021, the date of a then-anticipated pretrial conference, which has now been adjourned. (ECF No. 22).