# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Antonio Velez**
              **21 Cr. 63 (JMF)**

Honorable Judge Furman:

    I write, as counsel to Antonio Velez in the above-captioned matter, to respectfully request an adjournment of the conference in the above-captioned case, currently scheduled for July 7, 2021. The Government consents to this request.

    As the Court is aware, Mr. Velez had surgery on May 28, 2021 and is continuing his recovery process. Following that procedure, his doctor scheduled another spinal surgery for July 12, 2021 with a three-month recovery period. *See* Letter of Dr. Frederick Sabido, Exhibit A.

    Accordingly, the defense respectfully requests that the conference in this matter be adjourned to a date in late October 2021, at which point Mr. Velez should have recovered from surgery and the parties are available to proceed in person. The Government consents to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Application GRANTED. The conference is hereby ADJOURNED to October 27, 2021, at 3:30 p.m. The Clerk of Court is directed to terminate Doc. #28.
        **SO ORDERED:**

July 1, 2021

_____
**HONORABLE JESSE M. FURMAN**
United States District Judge

cc:  Sarah Mortazavi, Assistant U.S. Attorney

# EXHIBIT A



June 24, 2021

To Whom It May Concern

Mr. Antonio Velez Jr. is undergoing spinal surgery on July 12, 2021. Given the risk of complications Mr. Velez will require three months recovery time.

If you have any further questions, please feel free to contact our office.

Sincerely,

Frederick Sabido, M.D., F.A.C.S

Dr. Frederick Sabido, MD, Specialist Robotic Surgery
1130 Victory Blvd, Staten Island, NY, 10301
(718)442-4777