

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States Magistrate Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Antonio Velez*, **21 Cr. 63**

Dear Judge Furman:

    The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act between July 7, 2021 and October 27, 2021, the date of the parties' next pretrial conference. Defense counsel requested an adjournment of the parties' July 7, 2021 status conference in light of the defendant's anticipated surgery and recovery time, and the parties' desire to conduct the proceeding in person, which request was granted by the Court. (ECF Nos. 28 and 29). The Government now writes seeking exclusion of time to permit the defendant additional time to consult with his counsel, in light of the defendant's anticipated surgery and recovery. 18 U.S.C. § 3161(h)(7). The Government has conferred with defense counsel, who consents to the request for exclusion of time.

    Wherefore, the Government requests that the Court so order this letter-motion and exclude time between July 7 and October 27, 2021.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Sarah Mortazavi
    Assistant United States Attorney

Cc: Marne Lenox, Esq. (via ECF)

*Application GRANTED. Time is excluded between July 1, 2021, and October 27, 2021, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #30. SO ORDERED.*

*July 1, 2021*