**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 15, 2021

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Antonio Velez**
**21 Cr. 63 (JMF)**

Honorable Judge Furman:

    I write, as counsel to Antonio Velez in the above-captioned matter, to respectfully request an adjournment of the conference in the above-captioned case, currently scheduled for Wednesday, October 27, 2021. The Government objects to this request.

    As the Court is aware, Mr. Velez had two surgeries earlier this year—one on May 28, 2021, and a spinal surgery on July 12, 2021. During Mr. Velez's period of recovery from surgery, he was diagnosed with lung cancer. Mr. Velez is scheduled to begin chemotherapy treatment on Wednesday, October 20. The expectation is that Mr. Velez will continue to receive treatment every Wednesday thereafter for the following four to six weeks.

    Accordingly, the defense respectfully requests that the conference in this matter be adjourned to a date in early December 2021 after Mr. Velez has completed this course of chemotherapy. In the alternative, Mr. Velez requests that the Court adjourn this matter to a date that does not fall on a Wednesday, as he anticipates receiving treatments on Wednesdays for the next several weeks.

    Should the Court grant an adjournment, the Government requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act. Such an exclusion would be in the interests of justice as it would allow Mr. Velez time to receive necessary medical treatment. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Application GRANTED. The proceeding is hereby ADJOURNED to December 8, 2021, at 11:00 a.m. Time is excluded in the interests of justice from October 18, 2021, until December 8, 2021 for the reasons set forth in Defense Counsel's letter. The Clerk of Court is directed to terminate Doc. #33.

**SO ORDERED:**

**HONORABLE JESSE M. FURMAN**
United States District Judge

October 18, 2021

cc:   Sarah Mortazavi, Assistant U.S. Attorney