**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2022

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Antonio Velez**
    **21 Cr. 63 (JMF)**

Dear Judge Furman:

    I write, as counsel to Antonio Velez in the above-captioned matter, to respectfully request a 60-day adjournment of Mr. Velez's sentencing date, currently scheduled for April 12, 2022, and a corresponding extension of sentencing submission deadlines. Defense counsel is currently engaged in a four-week racketeering trial before Judge Liman, which has interfered with counsel's preparation for Mr. Velez's sentencing. An adjournment is therefore necessary in order to ensure the effective representation of Mr. Velez at sentencing. The Government does not object to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Application GRANTED. Sentencing is hereby ADJOURNED to June 15, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #43.

**SO ORDERED:**

**HONORABLE JESSE M. FURMAN**
United States District Judge

cc: Sarah Mortazavi, Assistant U.S. Attorney