# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 22, 2022

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED. Sentencing is ADJOURNED to September 22, 2022 at 11:30 AM.

The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

*[signature]*

August 22, 2022

Re: **United States v. Antonio Velez**
**21 Cr. 63 (JMF)**

Dear Judge Furman:

I write, as counsel to Antonio Velez in the above-captioned matter, to respectfully request an adjournment of Mr. Velez's sentencing hearing, currently scheduled for Tuesday, September 13, 2022 at 3:15 pm. The government does not object to this request.

This academic year, I am teaching a course at NYU Law that meets on Tuesdays at 4:20 pm and Thursdays at 3:30 pm. Accordingly, I will be unavailable for Mr. Velez's sentencing on Tuesday, September 13 at 3:15 pm. The parties have conferred and are both available on the following dates/times:

- Monday, September 12—any time
- Thursday, September 15—before 1:30 pm
- Friday, September 16—any time
- Monday, September 19—any time
- Tuesday, September 20—before 2 pm
- Wednesday, September 21—any time
- Thursday, September 22—before 1:30 pm
- Friday, September 23—any time

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender          **SO ORDERED:**
(212) 417-8721


_____
**HONORABLE JESSE M. FURMAN**
United States District Judge


cc:   Sarah Mortazavi, Assistant U.S. Attorney