

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2022

Application GRANTED. The Clerk of Court is directed to terminate Doc. #59. SO ORDERED.

[signature]

October 6, 2022

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Antonio Velez*, 21 Cr. 63 (JMF)

Dear Judge Furman:

The Government respectfully writes in response to the Court's suggestion at the September 22, 2022 conference that the Government permit the defendant in the above-captioned case to withdraw his guilty plea to a § 841(b)(1)(B) offense, and instead enter a plea to a lesser-included § 841(b)(1)(C) offense. The Government has spoken with the defendant's oncologist and has made several attempts to reach the defendant's back and neck physician (thus far, unsuccessfully). The Government is continuing to evaluate the Court's proposal, but requires additional time to take a position. The defendant's sentencing is currently scheduled for November 3, 2022. The Government respectfully requests that it be permitted to submit a further status update on or before October 21, 2022.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:  [signature]
Sarah Mortazavi
Assistant United States Attorney
212-637-2520

Cc: Marne Lenox, Esq. (via ECF)