**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 12, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Antonio Velez
               21 Cr. 63 (JMF)**

Dear Judge Furman:

      On November 3, 2022, Antonio Velez intends to withdraw his previously entered plea to 21 U.S.C. § 841(b)(1)(B) and enter a plea to 21 U.S.C. § 841(b)(1)(C); he will be sentenced the same day. *See* Dkt. 62. Accordingly, Mr. Velez consents to probation submitting the presentence report and disclosing its contents to the Court and to the parties in the above-captioned matter before he pleads guilty to 21 U.S.C. § 841(b)(1)(C). *See* Fed. R. Crim. P. 32(e)(1).

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

The Clerk of Court is directed to terminate Doc. #63.

**SO ORDERED:**

_____
**HONORABLE JESSE M. FURMAN**
United States District Judge

cc:    Sarah Mortazavi, Assistant U.S. Attorney