**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: **United States v. Antonio Velez**
      **21 Cr. 63 (JMF)**

Dear Judge Furman:

  I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Antonio Velez's passport to him. Mr. Velez's passport was provided to Pretrial Services when he first began pretrial supervision in February 2020. We understand Pretrial Services can only release this document pursuant to a Court order. The Court sentenced Mr. Velez on November 3, 2022. We can provide additional information, if necessary. Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

The Clerk of Court is directed to terminate Doc. #66.

**SO ORDERED:**

_____
**HONORABLE JESSE M. FURMAN**
United States District Judge
November 4, 2022

cc: Sarah Mortazavi, Assistant U.S. Attorney
   Francesca Piperato, Pretrial Services Officer