**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 15, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: **United States v. Antonio Velez**
    **21 Cr. 63 (JMF)**

Dear Judge Furman:

  I write, as counsel to Antonio Velez in the above-captioned matter, in light of his ongoing cancer treatment, to respectfully request a modification to Mr. Velez's judgment. The government and Probation consent to this modification.

  On November 3, 2022, the Court sentenced Antonio Velez to, *inter alia*, time served with five years of supervised release, including one year of home detention with electronic monitoring to begin six months from the imposition of sentence. Dkt. 70. The delay of Mr. Velez's home detention and electronic monitoring condition was intended to enable Mr. Velez to receive cancer treatments uninterrupted. Dkt. 71.

  On May 9, 2023, Mr. Velez's oncologist, Dr. Aly, recommended that Mr. Velez continue to undergo radiation treatment, chemotherapy, MREs and MRIs in an effort to minimize his cancerous tumors. Letter of Dr. Aly, Ex. A. These treatments require removal of the ankle monitor. *See* Dkts. 50, 53.

  Accordingly, Mr. Velez respectfully requests that instead of an ankle monitor, Probation monitor Mr. Velez using software called "Smart Link." This would require the following amendment to Mr. Velez's conditions of supervised release: "Home detention enforced by location monitoring using specific technology to be determined by the U.S. Probation Department." Probation and the government consent to this request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

Application GRANTED. The Clerk of Court is directed to terminate Doc. #73.

**SO ORDERED:**

_____
**THE HONORABLE JESSE M. FURMAN**
United States District Judge
May 16, 2023

cc:   Sarah Mortazavi, Assistant U.S. Attorney