UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,      :
      :    21-CR-063 (JMF)
    -v-      :
      :    <u>ORDER</u>
ANTONIO VELEZ,      :
      Defendant.      :
      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 16, 2025, Defendant Antonio Velez filed a motion for early termination of Probation. ECF No. 76. The Government shall file any opposition by **September 30, 2025**; Defendant's reply, if any, shall be filed by **October 7, 2025**.

      SO ORDERED.

Dated: September 16, 2025
      New York, New York
                                 JESSE M. FURMAN
                                 United States District Judge