UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                           :

UNITED STATES OF AMERICA,
                                                         :             21-CR-063 (JMF)

               -v-                         :

                                                         :            MEMORANDUM
ANTONIO VELEZ,                         :         OPINION AND ORDER
                                 Defendant.        :

                                                           :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant Antonio Velez's motion for early termination of supervised release is DENIED substantially for the reasons set forth in the Government's opposition (to which Velez did not reply by the Court-set deadline).  *See* ECF No. 78; *see also* ECF No. 77 (ordering that any reply be filed by October 7, 2025).  Put simply, although Velez's compliance with the law and the terms of his supervised release is commendable, he fails to demonstrate that early termination is in the interests of justice given, among other things, the nature and circumstances of the offense and the history and characteristics of the defendant, the need to afford adequate deterrence to criminal conduct, the need to protect the public from further crimes of the defendant, and the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.  *See* 18 U.S.C. § 3583(e)(1) (providing that a district court "may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) — . . . terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"); *see also, e.g.*, *United States v. Stein*, No. 09-CR-377 (RPK), 2020 WL 4059472, at *2 (E.D.N.Y. July 19, 2020) ("[C]ourts in this circuit have routinely declined to terminate supervised release based solely on compliance with the terms of supervision." (citing cases)).  Nor does Velez make a compelling case that the conditions of supervised release are especially onerous.  Accordingly, the motion is denied.  The Clerk of Court is directed to terminate ECF No. 76.

       SO ORDERED.

Dated: October 28, 2025
       New York, New York                         _____
                                            JESSE M. FURMAN
                                     United States District Judge